UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

RUFUS LEE SMITH,

    Petitioner,

vs.                                                       Case No. 6:06-cv-1761-Orl-31KRS

STATE OF FLORIDA, et al.,

    Respondents.

## **ORDER**

This case is before the Court on the following motion:

**MOTION:**    Petitioner's Motion to Stay Proceedings (Doc. No. 9).

In compliance with the February 18, 2007, Order, (Doc. No. 18), Respondents filed a response to the motion. *See* Doc. No. 20.

The United States Supreme Court set forth the law explaining when a district court should grant a motion to stay a mixed petition for writ of habeas corpus brought pursuant to 28 U.S.C. § 2254:

> [I]t likely would be an abuse of discretion for a district court to deny a stay and to dismiss a mixed petition if the petitioner had good cause for his failure to exhaust, his unexhausted claims are potentially meritorious, and there is no indication that the petitioner engaged in intentionally dilatory litigation tactics. In such circumstances, the district court should stay, rather than dismiss, the mixed petition.

*Rhines v. Weber*, 544 U.S. 269, 277-78 (2005).

Petitioner asserts three claims in his habeas petition, all of which appear to have been previously raised in the state courts. Petitioner does not assert why he seeks to stay the instant proceeding. Because the instant petition seemingly does not raise claims that have not been raised

previously in the state courts, the Court concludes that it is not a mixed petition. Furthermore, Petitioner has not established that a stay is warranted pursuant to the *Rhines* criteria. Accordingly, Petitioner's Motion to Stay Proceedings (Doc. No. 9) is **DENIED**.

If Petitioner is seeking to exhaust claims in the state courts, within **ELEVEN (11) DAYS** from the date of this Order, he may dismiss the instant action without prejudice to his right to refile his federal habeas petition.[1] Thereafter, the amended petition will be considered and an order entered thereon without further notice.

**DONE AND ORDERED** at Orlando, Florida, this 22nd day of February, 2007.

GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies to:
sc 2/20
Counsel of Record
Rufus Lee Smith

---

[1] The Court notes, however, that the dismissal without prejudice does not excuse Petitioner from the one-year period of limitation for raising a habeas corpus petition in the federal courts. *See* 28 U.S.C. § 2244(d).